IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JORAE SMITH, | : |
| Plaintiff | : |
| VS. | : CIVIL No: 5:25-CV-441-MTT-ALS |
| TEKETA JESTER, *et al*., | : |
| Defendants. | : |

# ORDER

Plaintiff Jorae Smith, a prisoner in Baldwin State Prison in Hardwick, Georgia, has filed a *pro se* complaint seeking relief pursuant to 42 U.S.C. § 1983. ECF No. 1. Mr. Smith's complaint raises claims under the Americans with Disabilities Act. *See id*. Mr. Smith is deaf and he complains that the prison is not providing him with the accommodations that he needs to communicate with family and legal counsel. *Id*.

A review of Court records reveals that there is a class action lawsuit in the Middle District of Georgia in which Mr. Smith is a Plaintiff represented by counsel and where claims are raised under the Americans with Disabilities Act for the lack of accommodations for deaf inmates like Mr. Smith who are incarcerated within the Georgia Department of Corrections. *Harris, et al., v. Georgia Department of Corrections, et al.*, Case No. 5:18-cv-00365-TES (hereinafter, "*Harris*"). The Court's docket in *Harris* also reveals significant litigation has occurred over the past several years and the parties met most recently on June 17, 2025 for a mediation and/or settlement conference (ECF No. 266).

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of one already pending in federal court. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative of another suit if the parties, issues, and available relief do not significantly differ between the two actions." *I.A. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). "Trial courts are afforded broad discretion in determining whether to stay or dismiss litigation in order to avoid duplicating a proceeding already pending in another federal court." *Id.* at 1551-52.

Here, the claims raised in this case are nearly identical to those set forth on Mr. Smith's behalf by his attorneys in *Harris*. Because the present action is duplicative of a lawsuit already pending in this Court, it shall be **DISMISSED without prejudice.** Plaintiff is advised to write to his attorneys to discuss his present concerns and to get the status of his claims in the *Harris* lawsuit.

**SO ORDERED**, this 5th day of November, 2025.

      S/ Marc T. Treadwell
      MARC T. TREADWELL, JUDGE
      UNITED STATES DISTRICT COURT