IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JORAE SMITH, | * |
| Plaintiff, | * |
| v. | Case No. 5:25-CV-441-MTT-ALS |
| | * |
| TEKETA JESTER, et al., | |
| | * |
| Defendants. | |
| _____ | * |

**J U D G M E N T**

Pursuant to this Court's Order dated November 5, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 5th day of November, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk